UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND

CIVIL ACTION NO. 23-71-DLB-EBA

BRANDON LAMONT BAILEY                                            PLAINTIFF

v.                                            **ORDER**

DUSTIN HENDERSON                                                  DEFENDANT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This matter is before the Court upon the Report and Recommendation (R&R) of United States Magistrate Edward B. Atkins (Doc. # 19) wherein he recommends that Defendant's Motion to Dismiss the official capacity claims against him (Doc. # 17) be granted.  Plaintiff filed an Objection to the R&R, stating that it "is unclear to (him) if the suite (sic) is to continue as to his individual capacity claims against the defendant and inquiring as to the status of his motion to file an Amended Complaint. (Doc. # 20).  The record reflects that the parties are pursuing discovery.  As such, it is clear that this matter is continuing as to the claims against Defendant in his individual capacity.  Further, Plaintiff's motion to amend his Complaint was denied as moot. (Doc. # 22).  Therefore, to the extent that Plaintiff has objected to the R&R, the objection will be overruled.

The Court has reviewed the R&R and concludes that it is sound in all respects, and it will be adopted as the opinion of the Court.

Accordingly, **IT IS ORDERED** as follows:

(1)   The Report and Recommendation of the United States Magistrate Judge (Doc. # 19) is **ADOPTED** as the Opinion of the Court;

(2) Plaintiff's Objection to the Report and Recommendation is **OVERULED**; and

(3) Defendant's Motion to Dismiss (Doc. # 17) is **GRANTED**.

This is an **INTERLOCUTORY** and **NON-APPEALABLE** Order.

This 11th day of March, 2024.



Signed By:
*David L. Bunning*
United States District Judge

L:\DATA\ORDERS\Ashland Civil\2023\23-110 Order Adopting RR.docx